AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | WEST VIRGINIA |

U.S. DISTRICT COURT
FILED AT WHEELING, WV
NOV 1 4 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

KATHY COURTRIGHT,     Petitioner,

V.

UNITED STATES OF AMERICA,
Respondent.

**JUDGMENT IN A CIVIL CASE**

Case Number:     5:05-CV-174

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**

IT IS ORDERED AND ADJUDGED

Pursuant to the Memorandum Opinion and Order filed this date in Criminal Action No. 5:02-CR-70-09,

Affirming and Adopting Magistrate Judge Seibert's Report and Recommendations for Disposition, Petitioner's

motion for relief pursuant to 28 U.S.C. § 2255 is DENIED, and it is further

ORDERED that this Civil Action is DISMISSED and STRICKEN from the docket of this Court.

November 14, 2007
Date

WALLY EDGELL, PhD
Clerk

_(signature)_
(By) Deputy Clerk